Ronald Frank Fidge
In Care of
PO BOX 102
Cobb, California
[95426]

**In the District Court of the United States
for the Northern District of California**

Ronald Frank Fidge,
      Plaintiff, Aggrieved Party,

Case No. _5307_

vs.

**CLAIM FOR
DAMAGES**

LAKE COUNTY AKA
COUNTY OF LAKE
Steve Wright, in his
private capacity,
MUGSHOTS.COM, LLC
DOES 1-20,

Violation of The Fair Credit
Reporting Act
Trespass on the Case
Reckless Endangerment,
Trespass

Trial by The Jury Demanded

      Defendants

_____/

## I.      JURISDICTION

1. The District Court of the United States for the Northern District of California has

jurisdiction over this action pursuant to, and jurisdiction is hereby invoked under, Title 28

The tortfeasors in this matter violated the Fair Credit Reporting Act, Title 15 US Code §

1681, disclosure of information to the public that can harm my employment prospects

and credit worthiness. The publisher of a libel is liable to be punished criminally by

Claim for Damages Page 1

indictment; 2 Chitty's Cr. Law, 875; **or is subject to an action on the case by the party grieved**. Both remedies may be pursued at the same time. Vide) generally, Holt on Libels; Starkie on Slander; 1 Harr. Dig. Case, I.; Chit. Cr. L. Index, h. t.; Chit. Pr. Index, h. t. It has been defined perhaps with more precision to be a censorious or ridiculous writing, picture or sign made with a malicious or mischievous intent, towards government magistrates or individuals. 3 John. Cas. 354; 9 John. R. 215; 5 Binn. 340. Please see pages 11 and 12 fore further discussion of trespass on the case.

2. I am relying upon a decision issued by the Ninth Circuit Court of Appeals, and the US Supreme Court in which they state that the Fair Credit Reporting Act is violated under similar circumstances where the claimant can invoke the jurisdiction of a federal court and has a private right of action whenever the tortfeasor makes false statements and supplies inaccurate personal data to the public that can potentially harm the claimant, see Spokeo v. Robins, 136 Sup Ct. 1540 (2016).

3. This court has jurisdiction under Article Three of the Constitution for the United States of America, of 1787, as described in the Commentaries on the Constitution, by Joseph Story, who states that Article Three of the United States Constitution provides for courts which are convened under the course of the common law. Additionally, <u>Callan v. Wilson</u>, 127 U.S. 540, (1888) <u>"And as the guaranty of a trial by jury, in the third article, implied a trial in that mode, **and according to the settled rules of common law"**</u>. This suit being authorized by the United States Constitution Article III. This is a civil rights action and a request for an order of cease and desist to redress the past deprivations and to prevent the further deprivation by Defendants and their agents, acting under the color (pretense) of state law, of Plaintiff's private rights, privileges, and immunities secured by

Claim for Damages Page 2

1
2
3
4
5
6
7
8
9
10

the Constitution for the United States of America, specifically by the due process clause of the Fourteenth Amendment thereto, which invokes the due process clauses of the Fourth, Fifth and Fourteenth Amendments to said constitution upon the States and the federal government and guarantees to all private citizens the freedom to be free from unlawful seizures and arrests without probable cause and without a warrant supported by oath or affirmation, and the separate and, distinct common law jurisdiction of this Court in accord with the rules of the common law related to fiduciary duties. It should be understood that I have not authorized nor will I authorize a US Magistrate to rule in this matter or act in the capacity as an Article Three Judge.

11
12
13
14
15

**II. The Fourth Amendment supplies a requirement that any criminal accusation be supported by Oath rather than the spreading of false rumors and statements on the internet.**

16
17
18
19
20
21
22
23

4. The Plaintiff asserts claims arising under the Constitution and laws of the United States, including specifically the due process clauses of the Fourth Amendment. The Constitution for the United States of America and state law pursuant to California Penal Code Section 959, requires that a criminal complaint be supported by oath or affirmation as mandated by the Fourth Amendment, rather than be litigated in the public arenas on the internet in order to malign the reputation and criminalizing the good name of the Plaintiff.

24
25
26

5. The Defendant, including Steve Wright and Lake County AKA The County Of Lake, have violated specific Sections of Fair Credit Reporting Act and have violated to the common law rights of the Plaintiff to maintain a good reputation and name in the

27
28

Claim for Damages Page 3

1    community. The Defendants placed me in a bad light by maligning my reputation while

2    providing cover stories for their deputy that behaves like a mafia enforcer or thug.

3        6. As your Staff Attorneys at the LAKE COUNTY/ COUNTY OF LAKE OFFICE

4    OF COUNTY COUNSEL either knew or should have known, there is a requirement for

5    the publishing of any accusations or allegations by LAKE COUNTY AKA COUNTY OF

6    LAKE to be factual and to be supported by material evidence. All of the accusations and

7    allegations were made up out of nothing without any foundation in law or fact and

8    without any material witnesses, third party statements, informants, background

9    investigations or physical evidence.

10

11

12                    **III. Libel and Defamation of Character**

13        7. The statements made on the early version of the MUGSHOTS website entry are

14   defamatory on their face, which was supplied to MUGSHOTS by the Lake County

15   Sheriffs Department, having no material evidence to support the veracity of the false-

16   accusations described below. The statements made were completely without any merit

17   and without any connection to any facts to support the accusations. The MUGSHOTS

18   website, derived from the Sheriff's arrest records website, stated that I was arrested for

19   1.) burglary, 2.) robbery, 3.) possession of marijuana for sale, 4.) selling marijuana,

20   hashish, 5.) disorderly conduct-alcohol, 6.) conspiracy to commit crime, 7.) obstructing

21   or resisting a peace officer, 8.) trespassing and refusing to leave property and that 9.)

22   there was a felony warrant for my arrest. I, Ronald Frank Fidge, the claimant, never

23   participated in 1.) burglary, 2.) robbery, 3.) possession of marijuana for sale, 4.) selling

24   marijuana, hashish, 5.) disorderly conduct-alcohol, 6.) conspiracy to commit crime, 7.)

25

26

27

28                          Claim for Damages Page 4

obstructing or resisting a peace officer, 8.) trespassing and refusing to leave property, and 9.) there was never a bench warrant issued related to any of the above accusations and there was never an order issued by a court, ordering post release community service in a criminal case. These accusations were made with malice, knowing that the claimant, Ronald Frank Fidge was never involved in any of these unlawful activities and knowing that the LAKE COUNTY law enforcement officials were not in possession of any material evidence or reports that the Claimant, Ronald Frank Fidge, was involved in any of the false accusations and allegations listed on the MUGSHOTS website. This is proven by the current District Attorney's Letter notifying me of the fact that he would not prosecute a criminal case against me for the lack of evidence and corpus, see **Exhibit A**, attached and incorporated by reference. In addition, the Detention certificate, was mailed to me by the Lake County Sheriff's Department, stating my arrest was a detention and that this document was issued pursuant to California Penal Code §§ 851.6, and 849, see **Exhibit B**, attached and incorporated by reference. Clearly, I was never charged with a crime connected to incidents that occurred on October 3, 2013.

8. Without a foundational understanding of the motives for Steve Wright's illegal actions and tactics, the listing of seven false charges seems somewhat of a mystery. When we examine the history of his behavior in the Hardester's Shopping Center, and events leading up to the unnecessary and brutal arrest of the Plaintiff it becomes crystal clear why there was a motive to make these false accusations. When examining Steve Wrights history of police misconduct, and his firing and reinstatement, we have a clearer picture of his character. A few weeks before this brutal arrest incident I was inquiring about the unusual actions and statements of a young waitress friend who was working at the Cobb

1

2

3

4

5

6

7

8

9

10

11

12

Shopping Center, she had confided in me because of my gentle Christian approach to her

dissatisfaction to events in her life. A few weeks before the arrest of the Plaintiff, the

Plaintiff was made aware that a man working in the Hardesters Shopping Center had

committed a serious felony against her, and the perpetrator then orchestrated an effort to

have me expelled from the Hardesters Shopping Center. Steve Wright took on a lead role

in the expulsion plan and was deeply involved in the activities to expel me from the

Shopping Center. Deputy Steve Wright has a history of police misconduct and his firing

that was well documented by the Article in a Lake County Newspaper, which reported on

the Lake County Board of Supervisor's decision regarding the reinstatement of Steve

Wright about a year after he was fired. This rehiring occurred nine months before the

Brutal arrest of the Plaintiff.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

9. I have suffered from intentional infliction of emotional distress and common law

libel connected to a series of false accusations of criminal conduct that were published in

the on-line media website known as MUGSHOTS stating false accusations and claims

that were never prosecuted by the public prosecutor because of the lack of material

evidence and the lack of a corpus, see **Exhibit A**, attached and incorporated by reference.

Said false accusations causes the public to falsely believe that I was engaged in criminal

conduct for the following activities discussed above: including (1.) burglary, first degree;

(2.) robbery, first degree; and other false charges discussed above, see **Exhibit C**, a copy

of the MUGSHOTS web-page of the Ronald Frank Fidge arrest records for October 3,

2013, attached and incorporated by reference. I also demand to see all of the existing

arrest records from the Lake County Sheriff's Department. These false charges are

defamatory and unsupported by law or fact, and were disseminated on the Sheriff's

website in a calculated way to stain the Plaintiff's reputation and character.

10. The foregoing statements were published on the on-line media website known as

MUGSHOTS. The above stated false accusations were published on the above-named

website and constitutes libel on its face. Everyone connected to the dissemination and

publishing of the above defamatory statement as seen on the online website known as

MUGSHOTS is liable for common law defamation and libel. The statements made on the

MUGSHOTS website entry is defamatory on its face, having no material evidence to

support the veracity of the above accusations. Because the MUGSHOTS website received

this erroneous information it was made available to anyone who examined the Sheriff's

arrest record website. Therefore, similar websites also presented the erroneous

information made available to MUGSHOTS. The statements made were completely

without any merit and without any connection to any facts to support the accusations.

There are no occasions in which the local police agencies and Lake County Sheriff's

Department ever investigated 1.) burglary, 2.) robbery, 3.) possession of marijuana for

sale, 4.) selling marijuana, hashish, 5.) disorderly conduct-alcohol, 6.) conspiracy to

commit crime. In addition, there was no felony warrant issued for my arrest.  To the

extent that the District Attorney investigated the arrest, they could find nothing of

substance to support any of the allegations. These are outrageous criminal charges that

were deliberately crafted to defame the character of the Plaintiff, especially given his

sterling record. This was the reason he did not file a criminal complaint in the matter, see

**Exhibit A**, attached and incorporated by reference. The claimant never participated in,

any of the criminal charges mentioned in paragraph 7, and there was never a felony bench

warrant issued related to any of the above accusations and there was never an order issued by a court ordering post release community service in a criminal case. These accusations were made with malice, knowing that the claimant, Ronald Frank Fidge, was never involved in any of these activities and knowing that the LAKE COUNTY law enforcement officials were not in possession of any material evidence or reports that the Claimant, Ronald Frank Fidge was involved in any of the false accusations and allegations listed on the MUGSHOTS website. Therefore, the Defendants have knowingly and intentionally participated in actions that were carefully calculated to defame the character of the Plaintiff. These are actions that the Defendants took that violated the laws that they are there to uphold. They failed to protect the Plaintiff from false accusations.

11. Furthermore, statements made by Mr. Steve Wright, a Sheriff's Deputy, who acted outside the scope of his authority as a peace officer, has stated on a MAV DVD that was created as part of a false arrest of the Claimant, Ronald Frank Fidge, that I was not allowed to talk to kids, as an on-going campaign to discredit and defame the character and integrity of Ronald Frank Fidge. I, Ronald Fidge, am not now nor have I ever been a 290 registrant, subject to any official law enforcement sanctions or judicial sanctions for sexual deviance with children. The statement by Steve Wright that I was not allowed to talk to kids carries with it an implication that I am a danger to the community because of some kind of unspecified misconduct with children and is unsupported by fact or law. The Sheriff's Deputy Steve Wright has a history of making these statements in the context of his interactions with the Claimant, Ronald Frank Fidge. These statements by Steve Wright are examples of his propensity to defame the claimant, Ronald Fidge. This

example of the attitude of Deputy Steve Wright towards Ronald Frank Fidge is emblematic of the state of ill will, hatred, and enmity harbored by Steve Wright towards the Claimant demonstrates actual malice by Lake County Sheriffs Department. In addition, the Lake County officials know that I have a sterling record. It appears that Lake County Sheriff's Department provided little management review or oversight of Steve Wrights activities and his false charges. The evidence that the nine charges were not supported by evidence and a felony-warrant prove that there was a lack of oversight. No warrant was ever produces by anyone. The most insightful and powerful evidence that I did not engage in wrongdoing in regard to this incident is the detention certificate I received in the mail from The Lake County Sheriff's Department, see **Exhibit B**, attached and incorporated by reference. This is a public record that shows that I was never prosecuted for a crime connected to the brutal arrest on October 3, 2013. In addition, this was not an arrest in contrast to the assertions made by opposing counsel in the Civil Case filed by me in 2013. These facts were ignored by the judge in the prior civil case filed in federal court, and the appeals court judges.

12. It is important to understand, that this case is intimately connected to another civil case that is currently being reviewed by the Ninth Circuit, under a petition for an en bank review. There are many common issues and facts in both cases. It is valuable to discuss some of the issues and evidence that arose in the civil case that is pending in the Ninth Circuit under the en bank petition. I was arrested by Steve Wright after he and another man with the help of others orchestrated a smear campaign to construct a series of false accusations and complaints. These complaints were called in by someone who knew that I knew about a criminal act that a man, who worked at the shopping center, participated

in. The smear campaign was crafted to force my permanent expulsion from the Shopping

Center. Thus, they sent children to my table twice at the coffee shop at the Hardesters

Shopping Center in order to create a fabricated series of complaints to the shopping

center management after these children made contact with me. The complaints were

called into Hardesters Shopping Center management and were without foundation in law

or fact as an orchestrated effort to remove me from the Hardesters Shopping center. As a

latter part of this smear campaign the false charges, discussed above, were placed on the

Internet, see **Exhibit C**. This smear campaign continued and was part of an integrated

strategy in the prior civil case to discredit me and make up a cover story to justify a bad

and very brutal arrest. This arrest was so unlawful and so brutal that the recording of it on

the arrest DVD was heavily altered to remove incriminating statements and elements of

police misconduct that were made by Steve Wright. No sworn statements from children

or parents were ever introduced as part of the evidence that was presented in the Defense

counsels civil pleadings. They even made outrageous statements that implied that I used

explicit sexual material with children without any admissible evidence to support these

statements.

13. The Judge participated in the smear campaign, in making false statements in her

ruling, demonstrating extreme bias. This self-serving judge also made unsupported

accusations about the Plaintiff's alleged interest in children. The facts of the case,

especially the Letter from the District Attorney, discussed below, which is buttressed by

the Detention Certificate from the Sheriff's Department, supports my factual innocence

and is in conflict with the judge's ruling in the prior civil rights case. The District

Attorney sent me a letter stating he would not prosecute the case against me because of a

lack of evidence and a lack of a corpus, see **Exhibit A,** attached and incorporated by

reference. More recently, a Detention Certificate was sent to me by the Lake County

Sheriff's Department, see **Exhibit B,** attached and incorporated by reference, recasting

my arrest as a detention, rather than an arrest.

14. People who are arrested and convicted of criminal conduct have filed civil rights

cases in federal court and successfully won damage awards for injuries from violent

arrests. My arrest was a brutal detention, and not an arrest. This was characterized as a

brutal arrest, but now, in the aftermath of the execution of the Detention Certificate, was

a detention lacking probable cause. I was never convicted of anything and I still have a

sterling record, yet my prior case was dismissed, even though there were cases similar to

mine, that went to the Ninth Circuit Court of Appeals and the conclusion was that Police

agencies cannot make an arrest for trespassing if the underlying state law does not

support the arrest, see Knox v. Southwest Airlines, 124 F. 3d 1103 (1997). In that case,

which was very similar to my case, the Ninth Circuit stated that summary judgment could

not be granted where there are facts in controversy and where the police made an arrest

that was not supported by facts and violated state law. Yet, the judge in my prior case

granted a summary judgment although there were many facts in controversy and the

arrest violated state law.

15. An arrest was made for the trespassing 602(m) and resisting (CPC 148) charges,

but I, Ronald Frank Fidge, the claimant, was released on bond and the District Attorney

refused to prosecute because of the lack of evidence and a lack of corpus, see **Exhibit A,**

attached and incorporated by reference. The Crime Report makes reference to an

allegation of "talking to kids", which implies an unspecified allegation of misconduct

with children but does not specifically charge me with a crime connected to children. I was in an office that was under the control of someone in lawful possession of the office, a commercial tenant with a real estate license. I had permission from the commercial tenant to enter and occupy that office at the time of the arrest. None of the other charges of, burglary, robbery, and other false criminal charges was ever mentioned in the crime report and these fabricated allegations were never stated by the Sheriff's Deputy when he was making the arrest nor were they made by the Hardesters Shopping Center in their request for assistance in the arrest. I discovered these additional allegations when I was told about the MUGSHOTS webpage in December of 2016.

16. The only accusation of specific sections of the Penal Code made by the Sheriff's Deputy in his Crime Report was trespassing and resisting and the only accusation made by the Shopping Center was trespassing, neither of which were prosecuted by the District Attorney. It is obvious that the seven charges that were not stated in the crime report, and were published on the Lake County Sheriff's Department Website that was made available to the public shortly after the arrest are false charges. These false charges were picked up by a multiplicity of arrest records websites. The arrest was made by Steve Wright, a Sheriff's Deputy who was fired by the elected Sheriff and reinstated by the Lake County Board of Supervisors. Both the elected Sheriff, Frank Rivero, and the Lake County Counsel advocated the firing of Steve Wright and it is obvious that the Lake County Board of Supervisors, in defiance of their legal counsel, refused to support the decisions by Sheriff Rivero and County Counsel to terminate Deputy Steve Wright. I personally know three people in Lake County who were subjected to violent arrests by Steve Wright. The following people were subjected to violent arrests: Jessica Armstrong;

Jessie Ward; and Chris Whitehead. Steve Wright was just put back on patrol in the same area where he attacked these three people and the Plaintiff. The reinstatement of Sheriff's Deputy Steve Wright was made by the Lake County Board of Supervisors prior to my false-arrest and led to my false arrest and brutal excessive force by the Sheriff's Deputy Steve Wright. The arrest resulted in my receiving permanent and debilitating injury to my left shoulder in the same year that he was reinstated.

17. This act of reinstatement of Steve Wright placed the claimant in danger and constitutes reckless endangerment, see **Exhibit D, an article in the Record Bee,** attached and incorporated by reference.

18. The tortfeasor, Lake County AKA County of Lake also violated the Fair Debt Reporting Act, Title 15 US Code § 1681, by reporting information that damages my reputation and defames my character without merit or cause. These actions of disseminating false information makes it a fact that it is more difficult to gain people's trust and to obtain credit and to obtain employment and business opportunities.

19. I did not become aware of the publishing of the false accusations on the Website known as MUGSHOTS until December 8, 2016. The false accusations were subsequently reduced on the MUGSHOTS website to a false accusation of Trespassing CPC § 602(m) and Resisting Arrest (CPC § 148) and these charges were never prosecuted by the District Attorney. The requirements written into California Civil Code § 48a for a demand for a retraction does not apply in the context of the events described above.

### IV. CAUSES OF ACTION

FIRST CAUSE OF ACTION

Violation of the Fair Credit Reporting Act

Against all Defendants

20. The Plaintiff restates and incorporates by reference all of the allegations otherwise set forth in this Complaint in the preceding paragraphs as if fully set forth herein.

21. This Complaint requests compensatory damages for violation of the Fair Credit Reporting Act by publication on the internet of false statements about the Plaintiff. The Defendants either knew or should have known that I, the Plaintiff, was not engaged in any of the activities described above in Paragraph 7. The Defendants either knew or should have known that they have no right to make false statements against me about a series of crimes that never occurred. This act of making false accusations damages my credit profile and my ability to obtain employment, gain credit and obtain business contracts and engage in other commercial activities. All of this false information caused damages to me and greatly impaired my credit profile. I have friends, who have refused to talk to me anymore because they said I had a criminal record. This maligning of my reputation has cast me in a bad light and has caused me great damage.


SECOND CAUSE OF ACTION

Trespass On The Case

Against all Defendants

22. The Plaintiff restates and incorporates by reference all of the allegations otherwise set forth in this Complaint in the preceding paragraphs as if fully set forth herein.

23. This Complaint requests compensatory damages for violation of the Fourth

Amendment, false accusations, and Trespass on the case in the nature of libel and defamation of character. The Defendants either knew or should have known that I did not engage in any of the criminal conduct that was identified on the MUGSHOTS website. The County Defendants Lake County AKA County of Lake either knew or should have known that they have no right to place false statements on their Sheriff's Department website that was picked up by the background-check websites. The County of Lake AKA Lake County shared this false information on their local website, knowing that it would be posted by the large number of criminal background check websites and knowing that it was false and would defame my character.

24. The publisher of a libel is liable to be punished criminally by indictment; 2 Chitty's Cr. Law, 875; **or is subject to an action on the case by the party grieved**. Both remedies may be pursued at the same time. Vide) generally, Holt on Libels; Starkie on Slander; 1 Harr. Dig. Case, I.; Chit. Cr. L. Index, h. t.; Chit. Pr. Index, h. t.

25. It has been defined perhaps with more precision to be a censorious or ridiculous writing, picture or sign made with a malicious or mischievous intent, towards government magistrates or individuals. 3 John. Cas. 354; 9 John. R. 215; 5 Binn. 340.

26. In briefly considering this offence, we will inquire, 1st. By what mode of expression a libel may be conveyed. 2d. Of what kind of defamation it must consist. 3d. How plainly it must be expressed. 4th. What mode of publication is essential.

27. The reduction of the slanderous matter to writing, or printing, is the most usual mode of conveying it. The exhibition of a picture, intimating that which in print would be libelous, is equally criminal. 2 Camp. 512; 5 Co. 125; 2 Serg. & Rawle 91.

28. Fixing a gallows at a man's door, burning him in effigy, or exhibiting him in any ignominious manner, is a libel. Hawk. b. 1, c. 73, s. 2,; 11 East, R. 227.

Claim for Damages Page 15

29. The punishment for defamation, in the court, is payment of costs and penance enjoined at the discretion of the judge. When the slander has been privately uttered, the penance may be ordered to be performed in a private place; when publicly uttered, the tortfeasor is required publicly to pronounce that by such words, naming them, as set forth in the sentence, he had defamed the plaintiff, and, therefore, that he begs pardon, first, of God, and then of the party defamed, for uttering such words. Clerk's Assist. 225; 3.

30. In order to constitute a libel, it is not necessary that anything criminal should be imputed to the party injured; it is enough if the writer has exhibited him in a ludicrous point of view; has pointed him out as an object of ridicule or disgust; has, in short, done that which has a natural tendency to excite him to revenge. 2 Wils. 403; Bacon's Abr. Libel, A 2; 4 Taunt. 355; 3 Camp. 214; Hardw. 470; 5 Binn. 349.

31. Words of the first description must impute: 1st. The guilt of some offence for which the party, if guilty, might be indicted and punished by the criminal courts; as to call a person a "traitor," "thief," "highwayman;" or to say that he is guilty of "perjury," "forgery," "murder," and the like. And although the imputation of guilt be general, without stating the particulars of the pretended crime, it is actionable. Cro. Jac. 114, 142; 6 T. R. 674; 3 Wils. 186; 2 Vent. 266; 2 New Rep. 335. See 3 Serg. & Rawle, 255 7 Serg. & Rawle, 451; 1 Binn. 452; 5 Binn. 218; 3 Serg. & Rawle, 261; 2 Binn. 34; 4 Yeates, 423; 10 Serg. & Rawle, 44; Stark. on Slander, 13 to 42; 8 Mass. 248; 13 Johns. 124; Id. 275.

32. That the party has a disease or distemper which renders him unfit for society. Bac. Abr. Slander, B 2. An action can therefore be sustained for calling a man a leper. Cro. Jac. 144 Stark. on Slander, 97. But charging another with having had a contagious disease is not actionable, as he will not, on that account, be excluded from society. 2 T. R. 473, 4;

2 Str. 1189; Bac. Abr. tit. Slander, B 2. A charge which renders a man ridiculous, and impairs the enjoyment of general society, and injures those imperfect rights of friendly intercourse and mutual benevolence which man has with respect to man, is also actionable. Holt on Libels, 221.

33. The above-cited Sections of state law were violated by the Defendants during the events and actions complained of in this lawsuit. It is thereby established that the Defendants, STEVE WRIGHT and THE LAKE COUNTY SHERIFFS DEPARTMENT AKA LAKE COUNTY SHERIFF'S OFFICE had no probable cause or reasonable suspicion to make an arrest for trespassing and to incarcerate me because I was in an office with consent of the commercial tenant, who is in lawful possession of the office space.

34. The California Penal Code, by way of Sections 810 and 959, and the Fourth Amendment, requiring that a complaint be signed under oath, makes it mandatory that the police bring the matter before a neutral detached magistrate to make a judicial determination of the correctness of the allegations and to protect constitutionally protected rights, see Henry v. Shasta County, 132 F.3d 512 (Ninth Cir, 1997). Section 40302(c) of the California Vehicle Code and California Penal Code Section 810, makes the procedure of bringing a private inhabitant before a magistrate mandatory to adjudicate the correctness of the allegation and to prevent a violation of the private inhabitant's rights where police officers have minimal legal training and appear to be preparing to violate the rights of the falsely accused.

35. This case is filed in order to exercise my rights under the law of trespass on the case, which provides for redress of grievances where there has been deprivation of rights under color of authority. The District Court also has supplemental jurisdiction over any

state law claims pursuant to Article Three of the Constitution for the United States of America, since the state-law claims are so related to the federal claims that they form part of the same case or controversy under Article III of the US Constitution, pursuant to Title 28, USC Section, 1367.

36. Furthermore, under the Fourth, Fifth and Fourteenth Amendments to said Constitution, the Defendants have no standing to interfere with my privacy and deprive me of my liberty without a reasonable objective criterion to stop and detain me and subsequently make an arrest, especially when they are not properly exercising the police powers of government and there is no bench warrant issued by the LAKE COUNTY SUPERIOR COURT.

### THIRD CAUSE OF ACTION

#### Reckless Endangerment, Trespass

Against all Defendants

37. The Plaintiff restates and incorporates by reference all of the allegations otherwise set forth in this Complaint in the preceding paragraphs as if fully set forth herein.

38. This Complaint requests compensatory damages for violation of my right to personal safety and security. The Defendant Lake County AKA County of Lake either knew or should have known that Mr. Steve Wright is a danger to the community and was fired for good cause. The Lake County Board of Supervisors, after a vote, reinstated Steve Wright as a Sheriff's Deputy, knowing his long history of police misconduct against other people. I, the Plaintiff, was not engaged in any of the activities described above in the Paragraph 7. The Defendants either knew or should have known that Mr.

Steve Wright, with his dirty record and history of misconduct has engaged the public with acts of police misconduct.

39. The abuse of force is an act that forms the foundation for an action of Trespass. Theorie des Lois Criminelles, 32. That force which is employed against common right, against the laws, and against public liberty. Merl. h. t, 2. In cases of robbery, in order to convict the accused, it is requisite to prove that the act was done with violence; but this violence is not confined to an actual assault of the person, by beating, knocking down, or forcibly wresting from him on the contrary, whatever goes to intimidate or overawe, by the apprehension of personal violence, or by fear of life, with a view to compel the delivery of property equally falls within its limits. Alison, Pr. Cr. Law of Scotl. 228; 4 Binn. R. 379; 2 Russ. on Cr. 61; 1 Hale P. C. 553. When an article is merely snatched, as by a sudden pull, even though a momentary force be exerted, it is not such violence as to constitute a robbery. 2 East, P. C. 702; 2 Russ. Cr. 68; Dig. 4, 2, 2 and 3.

40. An unlawful act committed with violence, ti et armis, to the person, property or relative rights of another. Every felony includes a tres-pass, in common parlance, such acts are not in general considered as tres-passes, yet they subject the offender to an action of trespass after his conviction or acquittal. See civil remedy.

41. There is another kind of trespass, which is committed without force, and is known by the name of trespass on the case. This is not generally known by the name of trespass. See Case. The following rules characterize the injuries, which are denominated tres-passes, namely: 1. To determine whether an injury is a trespass, due regard must be had to the nature of the right affected. A wrong with

force can only be offered to the absolute rights of personal liberty and security, and to those of property corporeal; those of health, reputation and in property incorporeal, together with the relative rights of persons, are, strictly speaking, incapable of being injured with violence, because the subject-matter to which they relate, exists in either case only in idea, and is not to be seen or handled. An exception to this rule, however, often obtains in the very instance of injuries to the relative rights of persons; and wrongs offered to these last are frequently denominated trespasses, that is, injuries with force. Thus the Defendants engaged in an act of trespass.

**The Law of The Case**

42. The law of the Case is the Common law of California and the Constitution for the United States of America, and the US Constitution, especially the Fourth Amendment, **And the Rules of the Common law.**

- said wrongdoer(s) trespass upon aggrieved party property by making unverified claims (See Exhibit A, B, C etc);
- the causal agent(s) of the trespass on the case, comes by way of unverified claims, while refusing to confirm or verify their claims on the property of the man named above as the Plaintiff;
- 'Verified' in this matter is defined as: Appearing and swearing to the alleged debt or duty under oath but the party with firsthand knowledge to the facts.

- 'Property' in this matter includes: all commercial energy, rights, marriage property and offspring, land and buildings and any possessions of the aggrieved Party.

- the continued trespass on the case did and does harm and injury to the aggrieved Party property;

- the commencement of the wrong and harm began October 3, 2013;

- the damages of this wrong and harm continues to this day and was specifically discovered in June, 2016, by a friend of mine, when the false statements made by the Defendants were displayed on website's, MUGSHOTS in particular. County of Lake AKA Lake County and Steve Wright, had conveyed this false information to MUGSHOTS and other back-ground check websites, by and through employees of the Defendants Lake County AKA County of Lake. The discovery of the ten false charges was made by a friend of the Plaintiff who communicated this fact to the Plaintiff on December 8, 2016, and then subsequently signed an affidavit related to his observation. By this act of conveying false statements the Defendants/ wrongdoers, did fail to bring forth a damaged party under oath, who had firsthand knowledge of any of the so-called facts and failed and refused to supply admissible evidence under oath or affirmation of the false allegations against Ronald Frank Fidge, of, 1.) burglary, 2.) robbery, 3.) disorderly conduct alcohol, 4.) possession of marijuana, 5.) selling marijuana, 6.) conspiracy or 7.) a bench warrant or 8.) post release community service. Furthermore, none of these false allegations were ever mentioned in the crime report and these fabricated allegations were never stated by the Defendants, wrongdoers when they created the crime report. No man, woman, or inferior

agency shall be authorized to remove this case or trespass upon it, by attempting to change jurisdiction to other than this 'court of record' venue chosen by the Plaintiff/ Prosecutor/ Aggrieved Party.

- Defendants/ Wrongdoers are required to verify their claim under oath before a 'court of record', as a party who is damaged, and who has firsthand knowledge to the facts. Any party who does not have firsthand knowledge of the facts or cannot verify a fact, shall not be authorized to speak. Failure to come forth by the deadline and appear shall constitute default by Defendants/ Wrongdoers.

- Third party representation of the Defendants/ Wrongdoers is not authorized to speak for them, unless that representative will also be under oath and swear to their claims, as a first-hand material witness.

- It is ordered that the Defendants/ Wrongdoers and their representatives are required to submit their BAR member numbers, Badge#, surety bonds, and Oath of Office, when they respond to this claim.

- Statutes of limitations do not apply for The Second and Third Cause of Action as plaintiffs/prosecutors are not proceeding according to statute. This court proceeds as a 'court of record' according to common law not inferior venue statutes, and further stated in the Law of the Case. See Article III, Sections One and Two of the Constitution for the United States of America.

- Defendant/ Wrongdoers have 30 days from receipt of notice or summonses to appear and speak on the record.

## V. RELIEF REQUESTED

WHEREFORE, the Plaintiff prays as follows:

Claim for Damages Page 22

43. That the Court enter judgment that federal constitutional law, specifically the Fourth Amendment, prohibits the false accusations made by Steve Wright and the other Defendants for having violated the protocol established by the US Supreme Court regarding the Fourth Amendment as discussed above. The Defendants engaged in acts, without probable cause, that violate my due process rights and prohibits or impairs the rights to personal freedom from false accusations that is supposed to be enjoyed by everyone in this country, including, but not limited to the due process rights and Fourth, Amendment rights of the Plaintiff wherein the Defendants, without standing or lawful authority of any kind, have engaged in acts of creating false public statements, Trespass on the case, and reckless endangerment and Trespass.

44. That the Court enter judgment that the Defendants lack the foundation in law or fact to make false accusations about the Plaintiff and stain his reputation and ability to engage in commerce and cause him to be mischaracterized as a felon, see **Exhibit E**.

45. That the Court enter judgment that any effort by Defendants to cause the Lake County Sheriff's Office AKA Lake County Sheriff's Department to make any false accusations, unless I am found to be engaged in actual criminal acts where there is the foundation for application of the police powers generally, is unlawful. That false public pronouncements about the Plaintiff that is given to those who widely distribute the false accusations on the internet is an abuse of authority by the Defendants, unless there is the foundation for application of police powers and probable cause as discussed above.

46. That the Court award the Plaintiff its cost of suit and all other expenses caused by Defendants to the extent authorized by law and $ 75,000 per Defendant (seventy-five thousand dollars) in silver coin, silver specie or the equivalent in modern circulating

currency for interfering with Plaintiff's private life and private property. This is pursuant to The Constitution For the United States of America, Article One, Section Ten.

47. I ask that the award of damages for false accusations and Trespass on the case be made joint and several against all of the County Defendants. And for the egregious acts of violation of my rights I demand punitive damages from STEVE WRIGHT FOR ENGAGING IN ACTS OF OPPRESSION, FRAUD AND MALICE in the amount of $ 25,000 silver one ounce coins minted in the United States of America, or the equivalent in modern circulating currency, And for the egregious acts of violation of my rights I demand punitive damages from THE LAKE COUNTY SHERIFFS DEPARTMENT AKA LAKE COUNTY SHERIFFS OFFICE FOR ENGAGING IN ACTS OF OPPRESSION, FRAUD AND MALICE in the amount of $ 25,000 silver one ounce coins minted in the United States of America, or the equivalent in modern circulating currency. I ask for a court order by the court that the Defendants be ordered to print a retraction and that said retraction be published mandatorily on every internet website that contains arrest records that have ever reported Lake County California arrest Records. I ask that the retraction be published with an apology. I ask that the county records of all false arrests be expunged or labeled as a false arrest as indicated by the Detention certificate.

48. That the Court award Plaintiff a permanent court order of cease and desist as requested herein. I ask that the court order that Steve Wright receive psychological evaluation due to his history of police misconduct and his perpetual excess force and brutality.

49. That the Court grant the Plaintiff such other relief as the Court may deem

Claim for Damages Page 24

1

2

3 **Plaintiff's Factual Conclusion**

4   50. The Plaintiff has a sterling record that is well established by his long-standing

5 stellar history in his community in Lake County with a commitment to high moral and

6 religious values. The detention certificate supports the factual innocence of the Plaintiff

7

8 as does the DA's letter negating Deputy Steve Wright's many false charges and

allegations. This also exposes the judge's ruling in the prior civil case as false. It is

9

10 known that people have been prosecuted for criminal conduct and subsequently

11 successfully sued the police for police misconduct, and yet I was never prosecuted for

12 anything, which is the rationale for the detention certificate and the DA's letter.

13   51. As discussed, the Plaintiff's evidence was completely ignored by the federal

14
Judge in the previous ruling, when she stated that all of the Plaintiff's evidence was

15
inadmissible. The DA's letter has now been augmented by the Detention Certificate. As a

16

17 result, the Plaintiff looks for the court to uphold the clearly established law regarding

18 Trespass on the case, see paragraphs 20 through 23 and the other causes of action

19 regarding the act of reckless endangerment. The other cause of action, wherein the

20 actions taken by County Officials to rehire Deputy Steve Wright in the same year that he

21
made the brutal arrest and defamed the Plaintiff, forms the basis for an Action of

22
Trespass with respect to reckless endangerment of the Plaintiff.

23
  52. I, the Plaintiff, plan to ask for a complete unaltered history, through a Pitchess

24
25 motion and an authentic unaltered copy of the Arrest DVD from October 3, 2013.

26

27

28 Claim for Damages Page 25

Dated On the _12 th_ day of the _9 th_ month in the year of our Lord two thousand and seventeen.

By _Ronald Frank Fidge_

Ronald Frank Fidge

## Verification

I have read the *CLAIM FOR DAMAGES FOR VIOLATION OF THE FAIR CREDIT REPORTING ACT, TRESPASS ON THE CASE, RECKLESS ENDANGERMENT AND TRESPASS* and know the contents thereof to be true; and the same is true of my own knowledge, except to the matters which are therein stated on my information and belief, and as to those matters I believe them to be true. The foregoing is true, correct, complete and not misleading. The foregoing statements are made under penalty of perjury and if called as a witness I am willing to testify.

Sealed by the voluntary act of my own hand on this _12 th_ day of the _9 th_ month, in the Year of our Lord, two thousand and seventeen, in the fourth century of the Independence of America.

_Ronald Frank Fidge_

Ronald Frank Fidge

Claim for Damages Page 26

1
2
3                                    **EXHIBITS LIST**
4
5    **Exhibit A**            **Letter From The District Attorney**
6
7    **Exhibit B**            **Detention Certificate**
8
9    **Exhibit C**            **Mugshots Record of Nine Criminal Charges**
10
11   **Exhibit D**            **Article In The Record Bee Newspaper about the Reinstatement**
12                            **Of Steve Wright**
13
14   **Exhibit E**            **Rapsheets.org web page regarding Ronald Fidge's alleged**
15                            **criminal background.**
16
17
18
19
20
21
22
23
24
25
26
27
28                            Claim for Damages Page 27