Ronald Frank Fidge
In Care of
PO BOX 102
Cobb, California
[95426]



FILED
2017 NOV 28 P 2: 18
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA

In the District Court of the United States
for the Northern District of California

Ronald Frank Fidge,

    Plaintiff, Aggrieved Party,       Case No. 3:17-CV-05307VC

vs.

LAKE COUNTY AKA
COUNTY OF LAKE
Steve Wright, in his
private capacity,
MUGSHOTS.COM, LLC
DOES 1-20,

    Defendants

_____/

**AMENDED OPPOSITION TO DEFENDANT COUNTY OF LAKE AKA LAKE**

**COUNTY AND STEVE WRIGHT'S MOTION TO DISMISS**

1. The District Court of the United States for the Northern District of California has jurisdiction over this action pursuant to, and jurisdiction is hereby invoked under, Title 28 The tortfeasors in this matter violated the Fair Credit Reporting Act, Title 15 US Code § 1681, disclosure of information to the public that can harm my employment prospects

OPPOSITION TO MOTION TO DISMISS Page 1

and credit worthiness. The publisher of a libel is liable to be punished criminally by indictment; 2 Chitty's Cr. Law, 875; **or is subject to an action on the case by the party grieved**. Both remedies may be pursued at the same time. Vide) generally, Holt on Libels; Starkie on Slander; 1 Harr. Dig. Case, I.; Chit. Cr. L. Index, h. t.; Chit. Pr. Index, h. t. It has been defined perhaps with more precision to be a censorious or ridiculous writing, picture or sign made with a malicious or mischievous intent, towards government magistrates or individuals. 3 John. Cas. 354; 9 John. R. 215; 5 Binn. 340. Please see pages 11 and 12 fore further discussion of trespass on the case.

2. I, Ronald Frank Fidge, the Plaintiff, hereby oppose the Defendant, COUNTY OF LAKE AKA LAKE COUNTY and STEVE WRIGHT'S motion to dismiss based upon the Defendants misstatement of the facts and the law regarding res judicata. This case is not derived from the same set of operative facts and events that occurred in the prior case cited by the opposing counsel. My claim is based upon the publishing of a false and unverified statement of crimes that are unsupported by either fact or admissible evidence. The seven of the nine crimes that are listed are not supported by a crime report or an investigation by any law enforcement agency. I was not aware of the unlawful publication of these charges until December 8, 2016, when I received a verbal notification from a friend that there was a published report on the internet of the nine charges that appeared on the MUGSHOTS website. That was a different set of operative facts than the set of facts that the Hardesters lawsuit is derived from. In addition, I could not have known or suspected that the Defendants would have engaged in such a despicable and malicious act as to give a false statement to the public that I had committed acts such as those described in the published internet report that were discovered on the MUGSHOTS website. I am relying upon a decision issued by the

OPPOSITION TO MOTION TO DISMISS Page 2

Ninth Circuit Court of Appeals, and the US Supreme Court in which they state that the Fair Credit Reporting Act is violated under similar circumstances where the claimant can invoke the jurisdiction of a federal court and has a private right of action whenever the tortfeasor makes false statements and supplies inaccurate personal data to the public that can potentially harm the claimant, see Spokeo v. Robins, 136 Sup Ct. 1540 (2016).

3. This court has jurisdiction under Article Three of the Constitution for the United States of America, of 1787, as described in the Commentaries on the Constitution, by Joseph Story, who states that Article Three of the United States Constitution provides for courts which are convened under the course of the common law. Additionally, <u>Callan v. Wilson, 127 U.S. 540, (1888)</u> <u>"And as the guaranty of a trial by jury, in the third article, implied a trial in that mode, **and according to the settled rules of common law**"</u>. This suit being authorized by the United States Constitution Article III.

4. It should be understood that I have not authorized nor will I authorize a US Magistrate to rule in this matter or act in the capacity as an Article Three Judge.

5. I rely upon this opposition, the Memorandum of Points and Authorities in support thereof and such oral argument as I make in court in support of this opposition.

Respectfully submitted,

Dated On the 27th of November 2017 (date).

By _Ronald Frank Fidge_

Ronald Frank Fidge

OPPOSITION TO MOTION TO DISMISS Page 3

**AFFIDAVIT OF SERVICE**

I, _Jeff Simm_, declare as follows That I am domiciled in _Lake_ county, I am over the age of eighteen years and not a party to the within action. My mailing location is: _10336 Loch Lomond Rd #206, Middletown, Calif._

On the _Nov 27th 2017_ (date), I served by mail a true copy of *PLAINTIFF'S OPPOSITION TO LAKE COUNTY SHERIFF'S DEPARTMENT AND STEPHEN WRIGHT'S MOTION TO DISMISS*, for Case No. **3:17-CV-05307VC** in The District Court of The United States For the Northern District of California, upon the office of PORTER SCOTT, agent for the LAKE COUNTY SHERIFF'S DEPARTMENT AKA LAKE COUNTY SHERIFF'S OFFICE and Steve Wright Defendants, located at;

> PORTER SCOTT
> 350 University Avenue, Suite 200
> Sacramento, California 95825

I declare under penalty of the Common Law of California that the foregoing is true and correct. If called I am willing to testify. Executed on the _Nov 27th 2017_

_____ (date)

By: _____

**Notice to the Principal is Notice to the Agent Notice to the Agent is Notice to the Principal**

OPPOSITION TO MOTION TO DISMISS Page 4