UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD FRANK FIDGE,<br><br>        Plaintiff,<br><br>    v.<br><br>LAKE COUNTY, et al.,<br><br>        Defendants. | Case No. 17-cv-05307-VC<br><br>**ORDER GRANTING UNOPPOSED MOTION TO DISMISS**<br><br>Re: Dkt. No. 28 |

The motion to dismiss is granted, because no opposition was filed by the deadline of March 1, 2018. The complaint is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: March 14, 2018

VINCE CHHABRIA
United States District Judge