UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD FRANK FIDGE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LAKE COUNTY, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-05307-VC<br><br>**ORDER RE PLAINTIFF'S FILING**<br><br>Re: Dkt. No. 35 |

The plaintiff's filing titled "Judicial Notice to the Honorable Judge, Vince M. Chhabria, and the Request for the Date of the Extension of Time to Include This Notice" has been received and reviewed by the Court. The motion to dismiss is still granted.

**IT IS SO ORDERED.**

Dated: April 4, 2018

VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD FRANK FIDGE,<br><br>    Plaintiff,<br><br>v.<br><br>LAKE COUNTY, et al.,<br><br>    Defendants. | Case No.  17-cv-05307-VC<br><br>**CERTIFICATE OF SERVICE** |

   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

   That on April 4, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronald Frank Fidge
P.O. Box 102
Cobb, CA 95426

Dated: April 4, 2018

Susan Y. Soong
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA

2