UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD FRANK FIDGE,<br><br>    Plaintiff,<br><br>    v.<br><br>LAKE COUNTY, et al.,<br><br>    Defendant. | 17-cv-05307-VC<br><br>**JUDGMENT** |

The Court, having dismissed this case without prejudice, now enters judgment in favor of the defendant and against the plaintiff. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: April 9, 2018

VINCE CHHABRIA
United States District Judge